# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DON HIGH | § § | |
| v. | § § | Civil Action No. 4:18-CV-364 |
| CITY OF WYLIE, TEXAS and MINDY MANSON | § § § § § | Judge Mazzant |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiff takes nothing and that Plaintiff's case against Defendants is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that each party bear its own costs.

All motions pending are **DENIED**, and all relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**
**SIGNED this 31st day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE